```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Kathryn Kiker,                    :

       Plaintiff,                 :

   v.                             :Case No. 2:14-cv-2164

                                       :CHIEF JUDGE EDMUND A. SARGUS, JR.
Smithkline Beecham Corporation, Magistrate Judge Kemp

       Defendant.                 :

## ORDER

    Defendant has moved for leave to file four documents under seal, including a Motion to Exclude Opinion Testimony of Plaintiffs' Expert Ra-Id Abdulla, M.D.; a Motion to Exclude Opinion Testimony of Plaintiffs' Expert Laura M. Plunkett, PhD; a Motion for Summary Judgment; and a Notice of Filing of Complete Deposition and Trial Transcripts.  The motion sets forth good cause and the motion (Doc. 104) is therefore granted.


                                       /s/ Terence P. Kemp
                                       United States Magistrate Judge