```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Kathryn Kiker,                       :

       Plaintiff,                   :

   v.                              :Case No. 2:14-cv-2164

                                                   :CHIEF JUDGE EDMUND A. SARGUS, JR.
Smithkline Beecham Corporation, Magistrate Judge Kemp

       Defendant.                   :

## ORDER

Plaintiffs have filed a motion for leave to file documents under seal. The motion provides no explanation for why the documents, or any portions of them, should be sealed. Without such an explanation, the Court is simply unable to determine if good cause exists to keep the documents out of the public record. The motion to file under seal (Doc. 111) is therefore denied.

                                        /s/ Terence P. Kemp
                                        United States Magistrate Judge