```
               IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Kathryn Kiker,                    :

      Plaintiff,              :

   v.                             :Case No. 2:14-cv-2164

                                          :CHIEF JUDGE EDMUND A. SARGUS, JR.
Smithkline Beecham Corporation, Magistrate Judge Kemp

      Defendant.               :

## ORDER

    Plaintiffs have filed an amended motion for leave to file several documents under seal, including a response to the motion for summary judgment and responses to the motions to exclude the opinion testimony of plaintiffs' experts Ra-Id Abdulla, M.D. and Laura M. Plunkett, PH.D.  The motion sets forth good cause and the motion (Doc. 113) is therefore granted.

                                                 /s/ Terence P. Kemp
                                                 United States Magistrate Judge