IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kathryn Kiker,                          :

    Plaintiff,                       :

  v.                                    :Case No. 2:14-cv-2164

                                           :CHIEF JUDGE EDMUND A. SARGUS, JR.
Smithkline Beecham Corporation, Magistrate Judge Kemp

    Defendant.                       :

## ORDER

    Plaintiffs have moved for leave to file under seal their responses to three motions filed by defendants, including the Motion to Exclude Opinion Testimony of Plaintiffs' Expert Ra-Id Abdulla, M.D.; the Motion to Exclude Opinion Testimony of Plaintiffs' Expert Laura M. Plunkett, PhD; and the Motion for Summary Judgment.  According to the Court's docket, plaintiffs were previously granted such leave by order dated May 18, 2016 (Doc. 114), and subsequently filed these documents under seal (Docs. 115, 116, and 117).  Consequently, the Court construes the current motion as seeking leave to file redacted versions of these responses on the public record.  Plaintiffs have described their proposed redactions as: (1) confidential patient-health information including the medical condition for which Plaintiff was prescribed Paxil; (2) the names and identifying information of minors; and (3) information that invades the privacy interests of third parties.  The motion sets forth good cause and the motion (Doc. 136) is therefore granted.  Plaintiffs shall file redacted versions of their responses (Docs. 115, 116, and 117) within three days of the date of this order.

                                                /s/ Terence P. Kemp
                                                United States Magistrate Judge