# **EXHIBIT 1**

Julie A. Guthrie, M.D.

```
 1            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
 2
                           - - -
 3
    Kathryn Kiker, Individually :
 4  and as Natural Parent and    :
    Guardian of C.S., a Minor,   :
 5                               :
                    Plaintiff,   :
 6                               :
         VS.                     :       CASE NO.
 7                               :   2:14-cv-02164-EAS-TPK
    SmithKline Beecham           :
 8  Corporation d/b/a            :
    GlaxoSmithKline LLC,         :
 9                               :
                    Defendant.   :
10
                           - - -
11
        VIDEOTAPED DEPOSITION OF JULIE A. GUTHRIE, M.D.
12
                           - - -
13
                           Monday, August 10, 2015
14                         9:00 a.m.
15                         5025 Arlington Centre Blvd.
16                         Columbus, Ohio  43220
17
18                         - - -
19
20               GOLKOW TECHNOLOGIES. INC.
21         877.370.3377 ph | 917.591.5672 fax
22                   deps@golkow.com
23
24
25
```

```
 1           DEPOSITION OF JULIE A. GUTHRIE, M.D.
 2                      APPEARANCES
 3                         - - -
 4        R. Jason Richards, Esquire
          Aylstock, Witkin, Kreis & Overholtz, PLLC
 5        17 East Main Street, Suite 200
          Pensacola, Florida  32502-5998
 6        jrichards@awkolaw.com
          850.202.1010
 7
               Appearing on behalf of the Plaintiff.
 8
          Geoffrey M. Drake, Esquire
 9        King & Spalding LLP
          1180 Peachtree Street, NE
10        Atlanta, Georgia  30309-3521
          gdrake@kslaw.com
11        404.572.4726
12             Appearing on behalf of the Defendant.
13                         - - -
14   ALSO PRESENT:
15        Pat Flaherty, PM Productions, Videographer.
16                         - - -
17
18
19
20
21
22
23
24
25
```

 1                MR. DRAKE:    Okay.  Thank you very
 2   much.
 3   By Mr. Richards:
 4        Q     Were you aware that sales
 5   representatives made call notes after they visited
 6   you?
 7        A     I don't know specifically what call
 8   notes are.
 9        Q     They're just contact information.  So
10   they're contact information.  They come, they give
11   you samples, they talk to you about a drug, and then
12   they go --
13        A     Yes, I think I knew that.
14        Q     -- type it in.
15        A     I don't know what they write, but I
16   assume there's some documentation of that contact.
17        Q     And this looks like the first contact
18   that we were given, Event Date was January 21st,
19   1998.  Do you see that?
20        A     Okay.
21        Q     From a sales rep named Bonnie
22   Coley-Malir.  Do you see that?
23        A     Yes.
24        Q     Do you know who that is?  Do you
25   remember her?

 1        A    No.
 2        Q    It looks like that she on January 21,
 3   1998 gave you samples of Paxil.  Would that -- it
 4   looks like ten, sample quantity ten.  Is that
 5   something that would typically happen, a sales
 6   representative would come in and give you samples of
 7   Paxil?
 8        A    Yeah, that would typically happen.
 9        Q    They would -- as you understand it, a
10   sales representative's job is to sell --
11        A    Indeed.
12        Q    -- their product?
13        A    Uh-huh.
14        Q    And it continues on from 1998 on down
15   into 1999.  The sales representatives sometimes
16   change, it looks like.  So as of January 22nd, 1999,
17   this is before you prescribed it to Kathy Seecamp,
18   you had sales representative names:  Stacy Archer, do
19   you remember her?
20        A    No.
21        Q    And it looks like sample quantity of
22   Paxil was one.  Even before that, September 28th,
23   1998, it looks like Stacy Archer left you 30 samples
24   of Paxil.  Is that 30 individual boxes?
25        A    I don't know.

1  Q    So you continue on.  January, February,
2  June, July, October, November, December of 1999.  It
3  looks like at the bottom it kind of goes out of
4  order.  At the very bottom of the page it says:
5  February 2nd, 1993.  Do you see that?
6  A    I see that.
7  Q    Sales representative named Michelle
8  Feeman.  Do you remember her?
9  A    No.  I can tell you that that date is
10 incorrect because we were not at that address in
11 1993.  So that's an error in dating.
12 Q    It's either an error in dating or
13 they -- is it possible that they updated the system
14 once you changed and just kept the old contact notes
15 in here?
16 A    I couldn't say.
17 Q    You're not sure how they keep there
18 contact logs, are you, GSK?
19 A    (Witness shakes head.)
20 Q    So if we look at the prescription
21 history that we have from you from May through
22 November of 2000 and look at the call notes, it looks
23 like that representatives from GlaxoSmithKline were
24 calling on you during that entire time frame, right?
25 A    It appears so.

```
 1        Q    -- that particular association?
 2             Are you familiar with any literature
 3   reflecting a potential association between birth
 4   defects and other antidepressant medication, that is,
 5   antidepressants other than Paxil?
 6        A    No.  At this point if I have -- if it
 7   becomes relevant to a patient, I look it up as I go.
 8        Q    Let me ask you a couple questions, if I
 9   could, about, and then I'll be done, this will be
10   real quick, about marketing and the discussions that
11   counsel asked you about in terms of sales
12   representatives, okay?
13        A    Right.
14        Q    Do you have any specific recollection,
15   just so that I'm clear, of any conversations with any
16   GSK sales representative about Paxil at any point in
17   time?
18        A    I don't.
19        Q    Did any GSK sales -- do you have any
20   recollection of any GSK sales representative ever
21   telling you that Paxil was safe to take during
22   pregnancy?
23        A    I don't recall being told that.
24        Q    Or that Paxil was safer to take during
25   pregnancy --
```

```
 1       A     I don't recall being told that --
 2       Q     -- than other medication?
 3       A     -- no.
 4       Q     There was some discussion about --
 5   strike that.
 6             Has any GSK representative ever offered
 7   you a pen or a dinner or anything like that as a quid
 8   pro quo in exchange for writing prescriptions of
 9   Paxil?
10       A     No.
11       Q     And when you wrote prescriptions for
12   Paxil for your patients over the years, you did so
13   based on your own judgment and medical acumen, not
14   something a sales representative told you?
15       A     That is correct.
16       Q     Have you ever found any of the GSK sales
17   representatives that you might have met with over the
18   years to be anything but courteous, knowledgeable,
19   and respectful?
20       A     I have no specific recollections of GSK
21   representatives at all.
22       Q     Okay.  Have you ever attended any events
23   or speaker programs or CME's at which the topic of
24   Paxil and the use during pregnancy was discussed?
25       A     I do not recall.
```