UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KATHRYN KIKER, *et al.*,

    Plaintiffs,

v.

SMITHKLINE BEECHAM CORPORATION,
d/b/a GLAXOSMITHKLINE LLC,

    Defendant.

Case No. 2:14-cv-2164
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court upon the parties' Stipulation of Dismissal without Prejudice (ECF No. 204). The stipulation provides that it is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), in consideration of a negotiated settlement executed by the parties. It is hereby ordered that said dismissal is well taken, and the parties' Stipulation of Dismissal without Prejudice (ECF No. 204) is **GRANTED**.

IT IS SO ORDERED.

8-1-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE